UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br>v.<br><br>BANKRATE, INC.,<br><br>                    Defendant. | Civil Action No. 07-3398 (SDW)(MCA)<br><br>**NOTICE OF APPEARANCE** |

The undersigned, Lawrence C. Hersh, hereby enters his appearance as counsel for Plaintiff BanxCorp in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated:  Rutherford, New Jersey
            January 6, 2011

By:    *s/Lawrence C. Hersh*
         Lawrence C. Hersh
         17 Sylvan Street, Suite 102B
         Rutherford, New Jersey 07070
         Telephone (201) 507-6300
         Facsimile  (201) 507-6311
         lh@hershlegal.com
         *Counsel for Plaintiff BanxCorp*