# CANTER LAW FIRM P.C.

ATTORNEYS AT LAW
123 MAIN STREET – 9TH FLOOR
WHITE PLAINS, NEW YORK 10601
www.canterlawfirm.com

Nelson E. Canter*  
John D. Megerian**  
Thomas Scappaticci, Jr.  
*Also admitted in New Jersey  
** Also admitted in Connecticut

TEL:  (914) 948-3011  
FAX:  (914) 948-3066  
ncanter@canterlawfirm.com

April 1, 2011

*Via ECF*

Honorable Madeline C. Arleo, U.S.M.J.  
United States District Court for the District of New Jersey  
M.L. King, Jr. Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07101

    Re:  *BanxCorp v. Bankrate, Inc.*, Civ. No.:  07-03398-SDW-MCA

Dear Judge Arleo:

    We are writing on behalf of Plaintiff BanxCorp in response to Defendant Bankrate's letter and proposed Order granting Bankrate's motion to compel production of documents filed today.

    We respectfully request that Norbert Mehl's declaration be provided on or before April 14, 2011.  Mr. Thompson has consented to this request.

    Thank you for your cooperation in this matter.

                                   Respectfully submitted,

                                   CANTER LAW FIRM P.C.

                                 By: *[signature]*

                                 Nelson E. Canter

cc.    All Counsel of Record (*via ECF*)