R. Scott Thompson
Michael J. Hahn
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
    *Bankrate, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>            Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>            Defendant. | Civil Action No. 07-3398<br><br>Hon. Susan G. Wigenton, U.S.D.J.<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

The above matter having been opened to the Court by Lowenstein Sandler PC, attorneys for Defendant Bankrate, Inc., upon application for an Order granting Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) against Plaintiff BanxCorp, and the Court having considered the papers submitted and the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____, 2011, hereby

**ORDERED** that the Defendant's Motion to Dismiss the Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED** as set forth herein; and it is further

**ORDERED** that Plaintiff BanxCorp's First Claim for Relief pled under Section 1 of the Sherman Act is hereby dismissed with prejudice, except as it pertains to alleged agreements with LendingTree LLC; and it is further

**ORDERED** that Plaintiff BanxCorp's Second and Third Claims for Relief pled under Section 2 of the Sherman Act (monopolization and attempted monopolization) are hereby dismissed with prejudice, except as it pertains to alleged predatory pricing based on Bankrate's switch to cost-per-click pricing; and it is further

**ORDERED** that Plaintiff BanxCorp's Fifth Claim for Relief pled under the New Jersey Antitrust Act is hereby dismissed with prejudice, except as it pertains to (i) alleged agreements with LendingTree LLC; and (ii) alleged predatory pricing based on Bankrate's switch to cost-per-click pricing.

_____
Hon. Susan G. Wigenton, U.S.D.J.