R. Scott Thompson
Michael J. Hahn
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BANKRATE, INC.,<br><br>　　　　　　Defendant. | Document Electronically Filed<br><br>**CERTIFICATION OF SERVICE**<br><br>Civil Action No. 07-03398<br>(SDW)(MCA) |

   I hereby certify that on April 11, 2011, I caused a copy of (1) Defendant's Notice of Motion to Dismiss the Fourth Amended Complaint; (2) Defendant's Brief in Support of its Motion to Dismiss the Fourth Amended Complaint; (3) the Declaration of R. Scott Thompson, Esq.; (4) proposed form of Order; and (5) this Certification of Service to be electronically filed via the Court's CM/ECF system and served on the following counsel of record via e-mail:

    Nelson E. Canter, Esq.

20928/2
04/11/2011 **17209890**.1

    CANTER LAW FIRM P.C.
    123 Main Street - 9th Floor
    White Plains, New York 10601
    ncanter@canterlawfirm.com

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

        <u>/s/ R. Scott Thompson</u>
        R. Scott Thompson
        LOWENSTEIN SANDLER PC
        Attorneys at Law
        65 Livingston Avenue
        Roseland, New Jersey 07068
        973.597.2500
        Attorneys for Defendant

Dated:  April 11, 2011