**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
   *Bankrate, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>       Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>       Defendant. | Civil Action No. 07-3398<br><br>Hon. Susan G. Wigenton, U.S.D.J.<br><br><br>**DECLARATION OF**<br>**R. SCOTT THOMPSON, ESQ.** |

I, R. Scott Thompson, Esq., of full age, being duly sworn according to law, do depose and state as follows:

1. I am an Attorney-at-Law of the State of New Jersey and a Member of Lowenstein Sander PC, attorneys for Defendant Bankrate, Inc. in the above referenced matter.

2. I offer this Declaration in support of Defendant's Motion to Dismiss the Fourth Amended Complaint.

3. A true and correct excerpted copy of the transcript of the parties' January 28, 2011 in-person hearing before the Honorable Madeline Cox Arleo, U.S.M.J. is attached as Exhibit A.

-2-

4.      A true and correct copy (with redactions) of the October 2002 "Distribution Agreement" between Bankrate, Inc. and Dow Jones & Co. is attached as Exhibit B.  Defendant Bankrate has designated the agreement as "Confidential" under the Discovery Confidentiality Order in this case and therefore, it is filed under seal.  A copy of the agreement will be forwarded to the Court and plaintiff for their review.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.


Dated: April 11, 2011                               /s/ R. Scott Thompson__
                                                    R. Scott Thompson