**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, <br><br> Plaintiff, <br><br> vs. <br><br> BANKRATE, INC., <br><br> Defendant. | Civil Action No. 07-3398 <br><br> **SUPPLEMENTAL ORDER GRANTING MOTION TO AMEND** |

The above matter having been opened to the Court by Plaintiff BanxCorp for an order granting leave to file a Fourth Amended Complaint, and the Court having granted plaintiff's motion by Order dated April 5, 2011 [Docket Entry # 209], and the Court having set forth a briefing schedule for defendant's motion to dismiss the Fourth Amended Complaint in its April 5, 2011 Order, and for good cause shown,

It is on this ____ day of April, 2011,

**FURTHER ORDERED** that on or before **April 25, 2011**, defendant shall file its Reply Brief in further support of its motion to dismiss the Fourth Amended Complaint.

Hon. Madeline Cox Arleo, U.S.M.J.

20928/2
04/07/2011 **17196163.1**