UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, | Civil Action No. 07-3398 (SDW)(MCA) |
| Plaintiff, | |
| v. | *DOCUMENT ECF FILED* |
| BANKRATE, INC., | **NOTICE OF CROSS-MOTION** |
| Defendant. | |

TO:  R. Scott Thompson, Esq.
     Lowenstein Sandler PC
     65 Livingston Avenue
     Roseland, NJ 07068
     *Counsel for Defendant*

**PLEASE TAKE NOTICE** that on **Monday, May 9, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Plaintiff shall appear before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and shall move this Court for an Order (i) to bifurcate the *per se* antitrust claims pursuant to Fed. R. Civ. P. 42(b); (ii) to convert Defendant's Rule 12(b)(6) motion to a Rule 56 motion for summary judgment or in the alternative to grant Plaintiff's request for partial summary judgment on the *per se* antitrust claims under Count 1 of the Fourth Amended Complaint pursuant to Rule 56(b); and (iii) to consolidate this action with the related action *BanxCorp v. LendingTree LLC*, Civ. No. 10-2467-

SDW-MCA, pursuant to Fed. R. Civ. P. 42(a).

**PLEASE TAKE FURTHER NOTICE** that in support of their Cross-Motion, Plaintiff shall rely upon its Brief and annexed papers and exhibits submitted concurrently herewith, and any Reply papers submitted, and oral argument, if any.

Dated:   April 18, 2011

                                                                                         Respectfully submitted,

                                                                                        s/Nelson E. Canter
                                                                                        Nelson E. Canter, Esq.
                                                                                        CANTER LAW FIRM P.C.
                                                                                        123 Main Street – 9th Floor
                                                                                        White Plains, New York 10601
                                                                                        Tel. 914-948-3011
                                                                                        ncanter@canterlawfirm.com

                                                                                        Mordechai I. Lipkis, Esq.
                                                                                       50 Walker Street, Suite 2A
                                                                                       New York, NY 10013
                                                                                       Tel. 212-925-4023
                                                                                       *mlipkis@mlipkis.com*

                                                                                        *Attorneys for Plaintiff*