**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>          Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>          Defendant. | Document Electronically Filed<br><br>Civil Action No. 07-3398<br><br>**ORDER GRANTING DEFENDANT LEAVE TO MOVE FOR SANCTIONS** |

The above matter having been opened to the Court by Lowenstein Sandler, PC, attorneys for Defendant Bankrate, Inc. ("Bankrate"), upon application for an Order granting Bankrate Leave to Move for Sanctions against Plaintiff BanxCorp ("BanxCorp") and its Counsel, and the Court, having considered the papers submitted and the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____, 2011,

**ORDERED** that Bankrate's request to file a motion for an order imposing sanctions on BanxCorp and its Counsel, and to strike BanxCorp's cross-motions filed on April 18, 2011 is **GRANTED**; and it is further

**ORDERED** that Bankrate's notice of motion and supporting papers shall be filed on or before _____. BanxCorp's opposition brief and supporting papers shall be due seven days thereafter, and Bankrate's reply brief shall be due seven days thereafter.

_____
Hon. Madeline Cox Arleo, U.S.M.J.
