Roberto Cuan
John G. Balestriere*†
Brandon J. Page*
**BALESTRIERE FARIELLO**
225 Broadway, Suite 2900
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestriere.net
*Former Attorneys for Plaintiff*
*\*Admitted in New York*
†*Previously Admitted Pro Hac Vice in This Matter*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BANXCORP,** <br><br>                              **Plaintiff,** <br><br> v. <br><br> **BANKRATE, INC.,** <br><br>                              **Defendant.** | Civil Action No. 07-3398 (SDW)(MCA) <br><br> **NOTICE OF MOTION** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26(c) and 45, Plaintiff's former counsel, Balestriere Fariello, upon the accompanying Memorandum of Law, hereby moves this Court on May 27, 2011, at 9:30 AM seeking a protective order and order quashing the Subpoena served upon it by Defendant-Bankrate, Inc., on March 23, 2011.

Dated: New York, New York
April 22, 2011

Respectfully submitted,

*s/Roberto Cuan*
Roberto Cuan
John G. Balestriere*†
Brandon J. Page*
**BALESTRIERE FARIELLO**
225 Broadway, Suite 2900
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestriere.net
*Former Attorneys for Plaintiff*
*\*Admitted in New York*
†*Previously Admitted Pro Hac Vice in This Matter*