**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
    *Bankrate, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>                    Defendant. | Civil Action No. 07-3398<br><br>Hon. Susan G. Wigenton, U.S.D.J.<br><br>**DECLARATION OF<br>R. SCOTT THOMPSON, ESQ.** |

I, R. Scott Thompson, Esq., of full age, being duly sworn according to law, do depose and state as follows:

1. I am an Attorney-at-Law of the State of New Jersey and a Member of Lowenstein Sander PC, attorneys for Defendant Bankrate, Inc. in the above referenced matter.

2. I offer this Declaration in support of Defendant Bankrate's Opposition to BanxCorp's Cross-Motions for Bifurcation and Consolidation.

3. A true and correct copy of the April 5, 2011 Order signed by the Honorable Madeline Cox Arleo, U.S.M.J. setting forth a briefing

schedule for Bankrate's motion to dismiss the Fourth Amended Complaint is attached as Exhibit A.

4.  A true and correct copy of Bankrate's April 18, 2011 letter to counsel for BanxCorp requesting that it withdraw its cross-motions filed in violation of the Court's orders is attached as Exhibit B.

5.  A true and correct excerpted copy of the parties' January 20, 2011 in-person hearing before Judge Arleo is attached as Exhibit C.

6.  A true and correct copy of the Court's October 8, 2010 Pretrial Scheduling Order is attached as Exhibit D.

7.  A true and correct copy of BanxCorp's letter to the Court withdrawing its motion for partial summary judgment and an amended cross-motion is attached as Exhibit E.

8.  A true and correct excerpted copy of the parties' January 28, 2011 in-person hearing before Judge Arleo is attached as Exhibit F.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: April 29, 2011                                      /s/ R. Scott Thompson
                                                           R. Scott Thompson