**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>　　　　　Defendant. | Civil Action No. 07-3398<br>Hon. Susan G. Wigenton, U.S.D.J.<br><br><br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on April 29, 2011 I caused a copy of (1) Defendant Bankrate, Inc.'s Brief in Opposition to BanxCorp's Cross-Motion for Bifurcation and Consolidation; (2) the Declaration of R. Scott Thompson with Exhibits; and (3) this Certification of Service to be electronically filed via the Court's CM/ECF system and served on the following counsel of record via e-mail:

　　　　　Nelson E. Canter, Esq.
　　　　　CANTER LAW FIRM P.C.
　　　　　123 Main Street - 9th Floor
　　　　　White Plains, New York 10601
　　　　　ncanter@canterlawfirm.com

20928/2
04/29/2011 17398525.1

-2-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: April 29, 2011

*[signature]*

Eric Jesse
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*