**Lowenstein Sandler**
ATTORNEYS AT LAW

R. Scott Thompson
Member of the Firm
Tel 973 597 2532
Fax 973 597 2533
sthompson@lowenstein.com

May 12, 2011

**VIA CM/ECF & FEDEX**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   BanxCorp v. Bankrate, Inc.
      Civil Action No. 07-3398 (SDW)

Dear Judge Arleo:

This firm represents defendant Bankrate, Inc. in the referenced matter.

On April 1, 2011, plaintiff BanxCorp filed its Fourth Amended Complaint. A motion to dismiss the Fourth Amended Complaint is pending before Judge Wigenton.

According to the Pretrial Scheduling Order entered by Your Honor on October 8, 2010, discovery will end on June 1, 2011. We are attempting to discuss a proposed extension to the discovery period with new counsel for BanxCorp. If the parties can agree upon a new schedule, we will provide the Court with a joint proposed order for an extension of the discovery period. If the parties cannot agree upon a new schedule, Bankrate will submit its proposed order for an extension of the discovery period by May 16, 2011.

Respectfully submitted,

R. Scott Thompson

cc:   Mordechai Lipkis, Esq. (via ECF and email /w encs.)
      Michael J. Hahn, Esq.
      Eric Jesse, Esq.