**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

June 9, 2011

Mordechai I. Lipkis, Esq.
350 Broadway, Suite 1105
New York, NY 10013

**ORDER TO SHOW CAUSE**

    RE:    **BanxCorp v. Bankrate, Inc.**
                  **Civil Action No. 07-3398 (SDW)**

Dear Mr. Lipkis:

    You are hereby directed to show cause before me on **June 30, 2011 at 11:00 a.m.** why your pro hac vice admission should not be revoked based on the apparent misrepresentations in your letter to the Court dated June 6, 2011 and your representations on the record on June 7, 2011 that Mr. Peroff was a "licensed New Jersey attorney."

    You shall file any written submissions with the court by June 24, 2011.

    Mr. Peroff shall also respond and explain the status of his bar admission in this or any other states. Mr. Lipkis is directed to provide Mr. Peroff with a copy of this Order.

    **SO ORDERED.**

                                                          *s/Madeline Cox Arleo*
                                                          **MADELINE COX ARLEO**
                                                          **UNITED STATES MAGISTRATE JUDGE**

Orig:  Clerk
cc:     Hon. Susan D. Wigenton, U.S.D.J.
        Brian Peroff, Esq. (c/o Mr. Lipkis)
        Lawrence C. Hersh, Esq.
        Scott Thompson, Esq.
        File