**Law Office of Brian D. Peroff, P.A.**
24 Kovach Court, West Orange, NJ 07052
917-225-1889 | brianperoff@gmail.com

June 21, 2011

*Via E-Mail* (to Lawrence C. Hersh, Esq.)

Hon. Madeline C. Arleo, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King Jr. Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RE: ***BanxCorp v. Bankrate, Inc.***, Civ. No. 07-3398-SDW-MCA

Dear Judge Arleo:

    I write in response to the Order to Show Cause addressed to Mr. Mordechai Lipkis and set for June 30, 2011.

    I have been admitted to practice law in the State of New Jersey since December 2, 2009.

    As a result of my fairly recent admission to practice law, and due to an oversight, I forgot to pay my dues to the New Jersey Lawyers' Fund for Client Protection. I was unaware of this error until the Order to Show Cause was issued on June 9, 2011. Payment has now been made to the NJLFCP for the delinquent amount of $340. It is my understanding that the NJLFCP will update my records accordingly within two weeks of receipt of payment.

    Please note that I am not admitted to practice law in any other state.

    I deeply regret my mistake and apologize to the Court, Mr. Lipkis and all parties for any misunderstandings or misconceptions I may have caused.

Respectfully submitted,

*/s/ Brian D. Peroff*

Brian D. Peroff

cc: All Counsel of Record