# United States District Court
## for the District of New Jersey

_____

|  |  |  |
|---|---|---|
| **BANXCORP**, | : | |
| | : | |
| Plaintiff | : | Civil Action No.  07-3398 |
| | : | |
| vs. | : | Order of Reassignment |
| | : | |
| **BANKRATE,INC.,  ET AL.** | : | |
| | : | |
| Defendant | : | |

_____

It is on this 27th day of June 2011,

O R D E R E D that the entitled action is reassigned

from Judge Susan D. Wigenton to Judge Esther Salas.


S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court