UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br>         v.<br><br>BANKRATE INC.,<br><br>                    Defendant. | Civil Action No. 07-3398 (ES)<br><br>**APPLICATION AND CERTIFICATION OF LAWRENCE C. HERSH IN SUPPORT OF THE PRO HAC VICE <u>ADMISSION OF CO-COUNSEL</u>** |

**LAWRENCE C. HERSH**, Esquire, hereby certifies as follows:

1. I am an attorney-at-law with an office at 17 Sylvan Street, Suite 102B, Rutherford, New Jersey, 07070, telephone number 201-507-6300, facsimile number 201-507-6311, email address lh@hershlegal.com, am counsel of record for Plaintiff BanxCorp ("BanxCorp"), and am a member in good standing of the Bar of this Court.

2. I submit this Certification in support of the application by Plaintiff BanxCorp for the admission *pro hac vice* of Kristen Renzulli, Esq., to represent BanxCorp in the above-captioned matter, and to appear in this action as co-counsel for Plaintiff.

3. I respectfully request that this Court grant BanxCorp's application to have Ms. Renzulli admitted *pro hac vice*, to appear and participate as its co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

4. In accordance with Local Civil Rule 101.1(c), I shall remain the attorney of record for service of all papers, and shall file all papers and be responsible for the conduct of the case.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: Rutherford, New Jersey
       June 28, 2011

                              Respectfully submitted,

By:   *s/Lawrence C. Hersh*
       Lawrence C. Hersh
       17 Sylvan Street, Suite 102B
       Rutherford, New Jersey 07070
       Telephone (201) 507-6300
       Facsimile  (201) 507-6311
       lh@hershlegal.com
       *Counsel for Plaintiff BanxCorp*