UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

BANXCORP,

              Plaintiff,

v.

BANKRATE, INC.,

              Defendant.

Civil Action No. 07-3398 (ES)

**DECLARATION OF
KRISTEN RENZULLI
IN SUPPORT OF APPLICATION FOR
ADMISSION *PRO HAC VICE***

---

**KRISTEN RENZULLI, ESQ.**, of full age, hereby declares as follows:

1. I am an attorney-at-law with the firm of Law Offices of Kristen Renzulli PC, with an office at 31 Overlook Drive, Chappaqua, New York, 10514, telephone number 914-263-7703, facsimile number 914-238-9506, and e-mail address kristen@renzullipc.com.

2. I submit this Declaration in support of Plaintiff BanxCorp's application to permit me to appear and participate, *pro hac vice*, as counsel for Plaintiff in the above-captioned action.

3. I am a member in good standing of the New York State Bar, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York. I am also a member of the New Jersey State Bar, although I have not remained current on my continuing legal education requirements in New Jersey since I have not been practicing there. I have been practicing law since 1996 and am not under suspension or disbarment in any jurisdiction or court. There are no grievances or disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I have experience with complex legal business matters and commercial litigation, I am familiar with this matter, I have an existing attorney/client relationship with BanxCorp pertaining to other matters, and BanxCorp has requested to be represented by me in this action.

5. I am associated in this matter with Lawrence C. Hersh, who is an attorney of record for Plaintiff, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

6. Upon being admitted to appear and participate in this matter *pro hac vice*, I will abide by the requirements found in Local Civil Rule 101.1.

7. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

9. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

10. For the foregoing reasons, it is respectfully requested that the Court grant Plaintiff's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1 (c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 28, 2011

*Kristen Renzulli*
KRISTEN RENZULLI