UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                        Plaintiff,<br>v.<br><br>BANKRATE INC.,<br><br>                        Defendant. | Civil Action No. No. 07-3398 (ES)<br><br>**ORDER ADMITTING COUNSEL**<br>*PRO HAC VICE* |

This matter having been opened to the Court by Lawrence C. Hersh, Esq., attorney for Plaintiff BanxCorp, for an Order granting the *pro hac vice* admission of Kristen Renzulli, Esq., pursuant to Local Civ. R. 101.1; and the Court having considered said application, which reflects that counsel has satisfied the requirements set forth in Local Civ. R. 101.1(c)(1); and good cause having been shown,

IT IS ON THIS ___ day of _____, 2011, hereby

ORDERED that Plaintiff's application for the *pro hac vice* admission of Kristen Renzulli is granted and counsel is authorized to practice *pro hac vice* before this Court, for all purposes and in all proceedings connected with this litigation;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that Kristen Renzulli shall make payment to the New Jersey Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) for each year in which counsel represents the client in this matter;

IT IS FURTHER ORDERED that the Clerk of this Court shall forward a copy of this order to the Treasurer of the New Jersey Fund for Client Protection;

IT IS FURTHER ORDERED that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that Kristen Renzulli shall be bound to the General Rules of the United States District Court for the District of New Jersey.

_____
ESTHER SALAS, U.S.D.J.