**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Tel:  (201) 507-6300
Fax: (201) 507-6311

*ADMITTED NJ, NY, CA, AND IL
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE

July 1, 2011

*Via ECF*

Hon. Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    *BanxCorp v. Bankrate* Inc., Civ. No. 07-3398-ES

Dear Judge Salas:

    I am local counsel of record for Plaintiff BanxCorp and enclose the following application papers for *pro hac vice* admission of Kristen Renzulli, Esq.:

1. Certification of Lawrence C. Hersh in Support of Application for Kristen Renzulli, Esq. to Appear *Pro Hac Vice*;
2. Declaration of Kristen Renzulli, Esq.; and
3. Proposed Order Admitting Kristen Renzulli, Esq. *Pro Hac Vice*.

    Furthermore, in response to Defendant's counsel request for additional information concerning Ms. Renzulli's background, we have been advised by Ms. Renzulli as follows:

    Kristen Renzulli has appeared in both State and Federal courts regularly for the past fifteen years on a variety of complex commercial litigation matters.  With respect to her specific experience in Federal courts, since 1997 Ms. Renzulli has been a member in good standing of the Southern District of New York (Bar Membership ID: KR7356) and Eastern District of New York (Bar Membership ID: KZ7356).

    From 1997 to 2001, Ms. Renzulli was an associate in the commercial litigation department at Simmons, Jannace & Stagg, LLP, East Meadow, New York.  Ms. Renzulli personally appeared in court representing Fleet Bank, The Bank of New York, Chase Manhattan Bank, Finova, The Home Depot, Twin Laboratories, and Staples, among many others.  From 2001 to the present she has been the principal at the Law Offices of Kristen Renzulli, P.C., based in Chappaqua, New York with a primary focus on commercial litigation.  Ms. Renzulli is also currently acting of counsel (on the firm's official letterhead) to the Law Offices of Stuart D. Markowitz, P.C., Jericho, New York, for whom she appears in court daily representing State Farm Insurance Company, Allstate Insurance Company and Travelers Insurance Company and she is also involved in a fair amount of appellate practice.  From 2002 to the present, Ms.

Hon. Esther Salas, U.S.D.J.
July 1, 2011
Page 2

Renzulli has been acting of counsel (on the firm's official letterhead) to Cascone & Kluepfel, LLP, Garden City, New York, representing major construction companies on behalf of GMAC Insurance, Selective Insurance and Scottsdale Insurance. Ms. Renzulli is further acting of counsel (on the firm's official letterhead) to Stagg, Terenzi, Confusione & Wabnik, LLP, Garden City, New York, and represents various leading national banks, including JPMorgan Chase and Bank of America in diverse commercial litigation.

  Plaintiff's current legal team requires Ms. Renzulli's assistance to efficiently prosecute this matter and prepare for trial, considering that the Hon. Madeline C. Arleo, U.S.M.J. has set a new deadline for completion of fact discovery and depositions by August 31, 2011.

  We thank the Court for its kind consideration and cooperation in this matter.

        Very truly yours,

        *s/Lawrence C. Hersh*
        Lawrence C. Hersh

Encls.

cc: All Counsel of Record (via ECF)