| | |
|---|---|
| **BANXCORP,** | : UNITED STATES DISTRICT COURT |
| | :     DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |
| | :   Hon. Susan D. Wigenton |
| -vs- | :   Civil Action No. 07-3398 (SDW) |
| | : |
| **BANKRATE, INC.,** | : |
| | : |
| Defendant(s). | : |

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **BANXCORP,** | : |
| | : |
| Plaintiff(s), | : |
| | :   Hon. Esther Salas |
| -vs- | :   Civil Action No. 10-2467 (SDW) |
| | : |
| **LENDINGTREE, LLC, et al.,** | : |
| | : |
| Defendant(s). | : |

### ORDER GRANTING MOTION TO CONSOLIDATE

**THIS MATTER** having come before the Court on plaintiff, Banxcorp's Motion for Consolidation, pursuant to Fed. R. Civ. P. 42(a), Lawrence Hersh, Esq., appearing, on notice to counsel for defendants, Lowenstein Sandler (Eric Jesse, Esq., appearing) on behalf of Defendant Bankrate, Inc.; and Sheppard Mullin Richter & Hampton, LLP (Sean Kirby, Esq., appearing) on behalf of Defendant LendingTree, LLC; and Defendants having filed opposition to the Motion to Consolidate; and

**IT APPEARING THAT** the actions involve common questions of law and fact and the same plaintiff; and

**IT FURTHER APPEARING THAT** the parties are in the early stage of discovery in both actions; and

**IT FURTHER APPEARING THAT** consolidation will promote judicial economy; and for good cause shown;

**IT IS on this 11th day of July, 2011**

**ORDERED** that the motion to consolidate (Civil Action No. 10-2467, Dkt. Entry 113) is GRANTED and Banxcorp v. Bankrate, Inc., Civ. No. 07-3398 (SDW) will be consolidated with Banxcorp v. LendingTree, LLC., Civ. No. 10-2467 (ES); and it is further

**ORDERED THAT** at the conclusion of discovery, and prior to trial, defendants may move to deconsolidate.

s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States Magistrate Judge**