_____
                    :

**BANXCORP,**           :      **UNITED STATES DISTRICT COURT**
                    :      **DISTRICT OF NEW JERSEY**

            **Plaintiff(s),**      :

           **-vs-**            :      **Civil Action No. 07-3398 (SDW)**

**BANKRATE, INC.,**          :      **O R D E R**

           **Defendant(s),**    :
_____:

**THIS MATTER** having come before the Court on the motion of plaintiff's former counsel (Balestriere Fariello) in support of its motion to quash and for a protective order (Docket Entry #218); and

**IT APPEARING THAT** on or about June 7, 2011, this Court held a hearing on all pending discovery disputes; and

**IT FURTHER APPEARING THAT** this Court ordered that all issues regarding the sufficiency of plaintiff's responses to defendant's requests for production be held in abeyance pending the continuation of the deposition of Norbert Mehl; and

**IT FURTHER APPEARING THAT** the subpoena which is the subject of the instant motion relates to documents in the possession of and/or created by Mr. Mehl, as President of plaintiff's bank corporation; and

**IT FURTHER APPEARING** that until such time as Mr. Mehl's deposition has been completed and the parties have a meet and confer on the sufficiency of documents produced, the within subpoena is at minimum, premature; and for good cause shown;

**IT IS ON THIS 11th day of July, 2011**

**ORDERED THAT** the motion to quash the subpoena served on plaintiff's former counsel

is granted.  Defendants can renew their request after Mr. Mehl's deposition is completed and the

parties have had a meet and confer.

s/Madeline Cox Arleo
MADELINE COX ARLEO
United States Magistrate Judge

Original:    Clerk
cc:         Hon. Susan D. Wigenton, U.S.D.J.
            File