United States District Court
for the District of New Jersey

_____

**BANXCORP**, **ET AL.**

      Plaintiff

      vs.

**BANKRATE, INC., ET AL.**

      Defendant
_____

Civil Action No. 07-3398

AMENDED
Order of Reassignment

It is on this 12th day of July 2011,

O R D E R E D that the entitled action is reassigned from Judge Susan D. Wigenton to Judge Esther Salas.

              S/Garrett E. Brown, Jr.
              Garrett E. Brown, Jr., Chief Judge
              United States District Court