**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

July 13, 2011

### LETTER ORDER

Re:   Banxcorp v. Bankrate, Inc, et al.
      Civil Action No. 07-3398 (ES)

Dear Counsel:

Please be advised that the Undersigned has scheduled an in person status conference for **August 9, 2011 at 11:00 a.m. One week prior to this conference**, each party must submit a confidential memorandum to the Court [via facsimile (973) 645-2469], of no more than two pages that provides an update as to the discovery process and the overall status of the case. Should you have any questions, please call (973) 297-4887.

**SO ORDERED.**

                                           *s/Esther Salas*
                                           **Esther Salas, U.S.D.J**