

R. Scott Thompson
Member of the Firm
Tel 973 597 2532
Fax 973 597 2533
sthompson@lowenstein.com

July 13, 2011

VIA CM/ECF & FEDEX

Honorable Esther Salas
United States District Judge
District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: BanxCorp v. Bankrate, Inc., Civil Action No. 07-3398 (ES)

Dear Judge Salas:

This firm represents defendant Bankrate, Inc. in the referenced matter. By Letter Order dated today, Your Honor scheduled a status conference for August 9, 2011. I am writing to request that the status conference be rescheduled as I will be out of the country from July 29 through August 9, 2011. I apologize to the Court for the inconvenience; Your Honor had previously scheduled a status conference for August 10, which I planned to attend.

Again, I apologize for this request, and I thank the Court for its consideration.

Respectfully submitted,

R. Scott Thompson

cc: Mordechai Lipkis, Esq. (via ECF)
Lawrence Hersh, Esq. (via ECF)
Daniel Brown, Esq. (via ECF)

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP    www.lowenstein.com