# EXHIBIT A



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Return to Detail Screen**

# Events

**BANKRATE, INC.**

**Document Number** P93000049914
**Date Filed** 07/16/1993
**Effective Date** 07/13/1993
**Status** Inactive

| Event Type | Filed Date | Effective Date | Description |
|---|---|---|---|
| MERGER | 04/14/2011 | | MERGING : P93000049914 MERGED INTO NON-QUALIFIED : BEACH INC. DELAWARE |
| AMENDED AND RESTATED ARTICLES | 07/09/2010 | | |
| AMENDED AND RESTATED ARTICLES | 03/02/2010 | | |
| MERGER | 09/25/2009 | | MERGING : P09000061268 MERGED INTO : P93000049914 |
| NAME CHANGE AMENDMENT | 09/20/2000 | | OLD NAME WAS : ILIFE.COM, INC. |
| NAME CHANGE AMENDMENT | 11/12/1999 | | OLD NAME WAS : INTELLIGENT LIFE CORPORATION |
| AMENDED AND RESTATED ARTICLES | 05/12/1999 | | |
| AMENDMENT | 04/08/1999 | | |
| RESTATED ARTICLES | 12/17/1998 | | |
| RESTATED ARTICLES | 11/25/1998 | | |
| NAME CHANGE AMENDMENT | 09/14/1998 | | OLD NAME WAS : BANK RATE MONITOR, INC. |
| AMENDMENT | 06/10/1998 | | |
| AMENDMENT | 08/27/1997 | | |
| ARTICLES OF CORRECTION | 06/26/1997 | | |
| RESTATED ARTICLES | 06/20/1997 | | |
| NAME CHANGE AMENDMENT | 12/06/1995 | | OLD NAME WAS : FINANCIAL RATES, INC. |
| NAME CHANGE AMENDMENT | 07/28/1993 | | OLD NAME WAS : IDLEWHEEL CORPORATION |

**Note:** This is not official record. See documents if question or conflict.

**Return to Detail Screen**

Copyright © and Privacy Policies
State of Florida, Department of State

BX0023647

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

www.sunbiz.org

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events    Name History

Entity Name Search

Submit

## Detail by Entity Name

### Florida Profit Corporation

BANKRATE, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P93000049914 |
| **FEI/EIN Number** | 650423422 |
| **Date Filed** | 07/16/1993 |
| **State** | FL |
| **Status** | INACTIVE |
| **Effective Date** | 07/13/1993 |
| **Last Event** | MERGED |
| **Event Date Filed** | 04/14/2011 |
| **Event Effective Date** | NONE |

### Principal Address

11760 U.S. HIGHWAY ONE
SUITE 200
NORTH PALM BEACH FL 33408 US

Changed 03/06/2007

### Mailing Address

11760 U.S. HIGHWAY ONE
SUITE 200
NORTH PALM BEACH FL 33408 US

Changed 03/06/2007

### Registered Agent Name & Address

LERNER, HYUNJIN
11760 U.S. HIGHWAY ONE
SUITE 200
NORTH PALM BEACH FL 33408 US

Name Changed: 05/03/2010

Address Changed: 03/06/2007

### Officer/Director Detail

**Name & Address**

Title PCEO

EVANS, THOMAS R
11760 US HIGHWAY 1, SUITE 200
NORTH PALM BEACH FL 33408

Title SVP

BX0023648

DIMARIA, EDWARD J
11760 US HWY 1., STE 200
NORTH PALM BEACH FL 33408

Title SVP

ROSS, DONALDSON M
11760 US HIGHWAY 1, SUITE 200
NORTH PALM BEACH FL 33408

Title SVP

ZANCA, BURCE J
11760 US HIGHWAY 1, SUITE 200
NORTH PALM BEACH FL 33408

Title SVP

HOOGTERP, DANIEL P
11760 US HIGHWAY 1, SUITE 200
NORTH PALM BEACH FL 33408

Title SVP

RICCIARDELLI, MIBHAEL J
11760 US HIGHWAY 1, SUITE 200
NORTH PALM BEACH FL 33408

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2008 | 02/21/2008 |
| 2009 | 02/03/2009 |
| 2010 | 05/03/2010 |

## Document Images

| | |
|---|---|
| 07/09/2010 -- Amended and Restated Articles | View image in PDF format |
| 05/03/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2010 -- Amended and Restated Articles | View image in PDF format |
| 09/25/2009 -- Merger | View image in PDF format |
| 02/03/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 06/01/2005 -- ANNUAL REPORT | View image in PDF format |
| 08/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2001 -- ANNUAL REPORT | View image in PDF format |
| 10/19/2000 -- ANNUAL REPORT | View image in PDF format |
| 10/09/2000 -- Reg. Agent Change | View image in PDF format |
| 09/20/2000 -- Name Change | View image in PDF format |
| 01/19/2000 -- ANNUAL REPORT | View image in PDF format |

BX0023649

| | |
|---|---|
| 11/12/1999 -- Name Change | View image in PDF format |
| 05/12/1999 -- Amended and Restated Articles | View image in PDF format |
| 04/08/1999 -- Amendment | View image in PDF format |
| 02/24/1999 -- ANNUAL REPORT | View image in PDF format |
| 12/17/1998 -- Restated Articles | View image in PDF format |
| 11/25/1998 -- Restated Articles | View image in PDF format |
| 09/14/1998 -- Name Change | View image in PDF format |
| 06/10/1998 -- Amendment | View image in PDF format |
| 06/09/1998 -- ANNUAL REPORT | View image in PDF format |
| 08/27/1997 -- AMENDMENT | View image in PDF format |
| 06/26/1997 -- ARTICLES OF CORRECTION | View image in PDF format |
| 06/20/1997 -- RESTATED ARTICLES | View image in PDF format |
| 05/08/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 06/28/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List      Next on List      Return To List

Events               Name History

Entity Name Search

Submit

BX0023650



04/2?/2011 16:?3 F?X       GUN?ER YO?LEY      ?? 1/010

Division of Corporations                                                Page 1 of 1

# Florida Department of State
## Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H11000100646 3)))

**RECEIVED** APR 2 0 2011

H110001006463ABCT

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page.** Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6381

From:
    Account Name   : GUNSTER, YOAKLEY, ETAL. (WEST PALM BEACH)
    Account Number : 076117000420
    Phone         : (561)650-0728
    Fax Number    : (561)671-2527

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: _____

## FOREIGN PROFIT/NONPROFIT CORPORATION
### Bankrate, Inc.

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 0 |
| Page Count | 06 |
| Estimated Charge | $78.75 |

Electronic Filing Menu    Corporate Filing Menu        Help

https://efile.sunbiz.org/scripts/efilcovr.exe              4/15/2011

BX0023651

H11000100646 3

# COVER LETTER

**TO:**   New Filing Section
Division of Corporations

**SUBJECT:** Bankrate, Inc.
<u>Name of corporation - must include suffix</u>

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida," "Certificate of Existence," or "Certificate of Good Standing" and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

David G. Bates, Esq.
<u>Name of Person</u>

GUNSTER, YOAKLEY & STEWART, P.A.
<u>Firm/Company</u>

777 South Flagler Drive, Suite 500 East
<u>Address</u>

West Palm Beach, FL  33401
<u>City/State and Zip code</u>

mcramer-scharlatt@gunster.com
<u>E-mail address: (to be used for future annual report notification)</u>

For further information concerning this matter, please call:

Mary E. Cramer-Scharlatt, C.P., FRP   at  ( 561   ) 650-0728
<u>Name of Person</u>            <u>Area Code & Daytime Telephone Number</u>

**STREET/COURIER ADDRESS:**          **MAILING ADDRESS:**
New Filing Section                           New Filing Section
Division of Corporations                   Division of Corporations
Clifton Building                              P.O. Box 6327
2661 Executive Center Circle            Tallahassee, FL  32314
Tallahassee, FL  32301

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee   ☑ $78.75 Filing Fee &   ☐ $78.75 Filing Fee &   ☐ $87.50 Filing Fee,
                    Certificate of Status      Certified Copy          Certificate of Status &
                                                                      Certified Copy

H11000100646 3

BX0023652

04/20/2011 16:03 FAX               GUNSTER YOAKLEY                     ☑ 002/010

850-617-6381         4/20/2011 1:16:00 PM   PAGE   1/001     Fax Server



April 20, 2011

**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

GUNSTER, YOAKLEY, ETAL. (WEST PALM BEACH)

SUBJECT: BANKRATE, INC.
REF: W11000022168

We received your electronically transmitted document. However, the document has not been filed. Please make the following corrections and refax the complete document, including the electronic filing cover sheet.

You failed to make the correction(s) requested in our previous letter.

A certificate of existence or a certificate of good standing, dated no more than 90 days prior to the delivery of the application to the Department of State, duly authenticated by the secretary of state or other official having custody of the records in the jurisdiction under the laws of which it is incorporated/organized, must be submitted to this office. A translation of the certificate under oath of the translator must be attached to a certificate which is in a language other than the English language. A photocopy of this certificate is not acceptable.

If you have any further questions concerning your document, please call (850) 245-6973.

Claretha Golden                     FAX Aud. #: H11000100646
Regulatory Specialist II           Letter Number: 211A00009587
New Filing Section

P.O BOX 6327 – Tallahassee, Florida 32314

BX0023653

04/20/2011 16:03 FAX                              GUNSTER YOAKLEY                                    ☑ 005/010

H11000100646 3



PROTECT | REGULATE | INVESTIGATE | ENFORCE

STREET ADDRESS: 101 East Gaines Street, Suite 636 • PHONE (850) 410-9800 • FAX (850) 410-9548
MAILING ADDRESS: Division of Financial Institutions, 200 East Gaines Street, Tallahassee, FL 32399-0371
Visit us on the web: WWW.FLOFR.COM • Toll Free: (800) 848-3792

J. THOMAS CARDWELL
COMMISSIONER

April 18, 2011

David G. Bates, Esq.
Gunster Attorneys at Law
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

Re: Bankrate, Inc.

Dear Mr. Bates:

Thank you for your recent letter/fax requesting approval for use of the above-referenced name.

It is the opinion of this Office that the above-referenced corporate name is definitive enough to differentiate the business being conducted from that of a commercial bank or trust company. Therefore, the Office does not object to your use of the above-referenced name being registered to conduct business in the state of Florida. However, this does not give one the authority to act in any licensed capacity until all licensing requirements have been met within this state.

Sincerely,

Linda B. Charity
Director

LBC:bk

cc: Karon Beyer, Chief, Bureau of Commercial Recordings, Division of Corporations,
    Department of State

FINANCIAL SERVICES COMMISSION                                     H11000100646 3

RICK SCOTT          PAM BONDI          JEFF ATWATER          ADAM PUTNAM
GOVERNOR            ATTORNEY           CHIEF FINANCIAL       COMMISSIONER OF
                    GENERAL            OFFICER               AGRICULTURE

BX0023654



## GUNSTER
Florida's law firm for business

Phillips Point, Suite 500 East
777 South Flagler Drive
West Palm Beach, Florida 33401
www.gunster.com

Ft. Lauderdale • Jacksonville • Miami • Palm Beach • Stuart • Tallahassee •
Vero Beach • West Palm Beach

## F A X   C O V E R   S H E E T

Phone: 561-655-1980

Fax:     561-655-5677

**DATE:**     April 21, 2011

**TO:**
**FIRM:**
**Valerie Herring**
**Florida Division of**
**Corporation**

**FAX NO:**     **850-245-3804**

**FROM:**     Mary E. Cramer-Scharlatt, FRP, C.P.
*Florida Bar Registered, Certified Paralegal*

**PHONE NO:**     (561) 650-0728
**FAX NO:**     (561) 671-2527

**E-MAIL:**     mcramer-scharlatt@gunster.com

**CLIENT NO:**     11     PAGES INCLUDING COVER

**MESSAGE:**

## Dear Valerie:

## Please see the attached Letter and filing documents for Bankrate, Inc. Please may we have the original file date of <u>April 15, 2011</u>. Thank you so much for your assistance with this filing.   M

Gunster, Yoakley & Stewart, P.A., 777 South Flagler Drive, Suite 500 East, West Palm Beach, FL 33401

Confidentiality Notice: The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above listed address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses involved.

BX0023655

H11000100646 3

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1.  Bankrate, Inc.
    (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp.," "Inc.," "Co," or "Corp.")

    (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2.  Delaware                                           3. 65-0423422
    (State or country under the law of which it is incorporated)              (FEI number, if applicable)

4.  July 16, 1993                                      5. Perpetual
    (Date of incorporation)                                     (Duration: Year corp. will cease to exist or "perpetual")

6.  April 15, 2011 (conducted business as a Florida entity since 1993 prior to merger to DE corp.)
    (Date first transacted business in Florida, if prior to registration)
    (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7.  11760 U.S. Highway 1, Suite 200 North Palm Beach, FL 33408
    (Principal office address)

    Same as above.
    (Current mailing address)

8.  Any and all lawful purpose.
    (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9.  Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

    Name:          Hyunjin Lerner

    Office Address: 11760 U.S. Highway 1, Suite 200

                    North Palm Beach                      , Florida 33408
                    (City)                                            (Zip code)

10. **Registered agent's acceptance:**
    *Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

                    (Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

H11000100646 3

BX0023656

04/29/2011 16:04 FAX                    GUNSTER YOAKLEY                          ☑ 009/010

APPROVED
FILED

11 APR **15** PM

**SECRETARY OF STATE**
**TALLAHASSEE, FLORIDA**

H11000100646 3

12. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman: Peter C. Morse

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL 33408

Vice Chairman: Thomas R. Evans

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL 33408

Director: Jeffrey H. Boyd

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL 33408

Director: Seth Brody

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL 33408

**B. OFFICERS**

President: Thomas R. Evans

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL  33408

Vice President: Edward J. DiMaria

Address: 11760 U.S. Highway 1, Suite 200

North Palm Beach, FL  33408

Secretary: Edward J. DiMaria

Address: 11760 U.S. Highway 1, Suite 200, North Palm Beach, FL 33408

Treasurer: Donaldson M. Ross (Chief Revenue Officer)

Address: 11760 U.S. Highway 1, Suite 200, North Palm Beach, FL 33408

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____
Signature of Director or Officer

The officer or director signing this document (and who is listed in number 12 above) affirms that the facts stated herein are true and that he or she is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

14. Edward J. DiMaria - Senior Vice President, Chief Financial Officer
(Typed or printed name and capacity of person signing application)

Additional Officers and Directors attached.

H11000100646 3

BX0023657

APPROVAL
FILED

11 APR **15** PM 1:44

SECRETARY OF STATE
TALLAHASSEE FLORIDA

**H11000100646 3**

12. Names and business addresses of officers and/or directors:

(Additional Officers and Directors)

A. DIRECTORS

Director:       Christian Stahl

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


Director:       Mitch Truwit

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


B. OFFICERS

Chief Financial Officer: Edward J. DiMaria

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


Sr. VP, Chief Technology Officer:  Daniel P. Hoogterp

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


Sr. VP Business Development and Consumer Marketing:  Michael J. Ricciardelli

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


Sr. VP:         Donaldson M. Ross

Address:        11760 U.S. Highway 1, Suite 200

                North Palm Beach, FL  33408


**H11000100646 3**

BX0023658

04/20/2011 16:03 FAX                    GUNSTER YOAKLEY                         ☑003/010



H11000100646 3

PAGE   1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "BANKRATE, INC." IS DULY
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN
GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE
RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTIETH DAY OF APRIL,
A.D. 2011.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "BANKRATE,
INC." WAS INCORPORATED ON THE THIRTEENTH DAY OF APRIL, A.D.
2011.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES
HAVE NOT BEEN ASSESSED TO DATE.

11 APR 15 PM 1: 12
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

APPROVED
AND
FILED

4968550   8300

110437098

You may verify this certificate online
at corp.delaware.gov/authver.shtml

                                    Jeffrey W Bullock, Secretary of State
                        AUTHENTICATION: 8707510

                        DATE: 04-20-11
                                    H11000100646 3

BX0023659