## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF NEW JERSEY*
## *NEWARK*

### Minutes of Proceedings

Judge  **Esther Salas**                              AUGUST 10, 2011
                                                    Date of Proceedings

Court Reporter    **ECR**

Deputy Clerk  **Philip Selecky**

**Title of Case**:                        Docket #  **CV. 07-3398 (ES)**

Banxcorp v. Bankrate, et al.

**Appearances**:
Lawrence Hersh, Esq, & Kristen Renzulli, Esq, for the pltf.
Mordechai Lipkis, Esq, for the pltf. (Telephone)
Scott Thompson, Esq, & Michael Hahn, Esq, for Bankrate.
Daniel Brown, Esq, & Sean Kirby, Esq, for Lending Tree.

**Nature of Proceedings:** CASE MANAGEMENT CONFERENCE
The Court set dates for interrogatories and production of documents.
OTBS.


Time Commenced: 11:45 a.m.
Time Adjourned: 12:35 p.m.


                                          Philip Selecky, Deputy Clerk