

R. Scott Thompson
Member of the Firm
Tel  973 597 2532
Fax  973 597 2533
sthompson@lowenstein.com

August 18, 2011

**VIA ECF**

Honorable Esther Salas
United States District Judge
District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  BanxCorp v. Bankrate, Inc. ("Bankrate"), Civil Action No. 07-3398 (ES - CLW)
BanxCorp v. LendingTree, LLC, Civil Action No. 10-2467 (ES - CLW)

Dear Judge Salas:

I am writing to follow up on an issue left open during our status conference on August 10.

The plaintiff BanxCorp has asked that it be permitted to substitute Bankrate, Inc. (Delaware) for Bankrate, Inc. (Florida) as the defendant in Civ. No. 07-3398.  Bankrate, Inc. (Delaware) is the entity through which the business previously operated by Bankrate, Inc. (Florida) is now operated.  During our status conference on August 10, I undertook to advise the Court promptly if Bankrate objected to the substitution.  I have discussed the issue with my client, and Bankrate has no objection to the substitution.

Respectfully submitted,

R. Scott Thompson

Cc:  Mordechai Lipkis, Esq. (Email)
Lawrence Hersh, Esq. (ECF)
Kristen Renzulli, Esq. (Email)
Daniel Brown, Esq. (ECF)

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                         www.lowenstein.com