UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>    Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.<br><br>    Defendant.<br><br>* * * * * * * * * * * * * * * * * * * *<br><br>BANXCORP, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>LENDINGTREE, LLC,<br><br>    Defendant. | Civil Action No. 07-3398 (ES)(CLW)<br><br><br><br><br><br><br>Civil Action No. 10-2467 (ES)(CLW) |

**ORDER TO SUBSTITUTE PARTIES PURSUANT TO RULE 25(c)**

**THIS MATTER** having come before the Court by way of an application by Plaintiff BanxCorp for an Order substituting Bankrate, Inc. (a Delaware corporation) as successor-in-interest for Bankrate, Inc. (a Florida corporation) as the defendant in Civil Action No. 07-3398 pursuant to Federal Rule of Civil Procedure 25(c); and

**IT APPEARING THAT** Bankrate, Inc. (Delaware) is the entity through which the business previously operated by Defendant Bankrate, Inc. (Florida) is now operated; and

**IT FURTHER APPEARING** that Bankrate Inc. has no objection to the substitution of parties, and with the consent of counsel for Plaintiff BanxCorp and Defendant Bankrate Inc., and for good cause shown,

It is on this 28th day of September 2011,

**ORDERED** that Bankrate, Inc., a Delaware corporation successor-in-interest to Bankrate, Inc., a Florida corporation, be substituted as the defendant in Civil Action No. 07-3398 pursuant to Federal Rule of Civil Procedure 25(c).

_____
HON. ESTHER SALAS, U.S.D.J.