# JOINT LETTER

October 7, 2011

**Via CM/ECF & FedEx**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *BanxCorp v. Bankrate, Inc.*, Civ. No. 07-3398 (ES-CLW)
             *BanxCorp v. LendingTree, LLC*, Civ. No. 10-2467 (ES-CLW)

Dear Judge Waldor:

Plaintiff BanxCorp ("Plaintiff" or "BanxCorp") and Defendant Bankrate Inc. ("Defendant" or "Bankrate") respectfully submit this Joint Letter concerning the following issues:

1) Alleged deficiency claims by Plaintiff numbered I-XV (the "Deficiency Claims") served on August 24, 2011 in connection with Defendant's responses to Plaintiff's Requests for Production of Documents ("RPD") and Requests for Admission ("RFA"), as set forth in the annexed **Appendix I**; and

2) Alleged deficiencies in BanxCorp's responses to Bankrate's Special Interrogatories served on August 31, 2011, as set forth in the annexed **Appendix II**.

Respectfully submitted,

_____
Mordechai I. Lipkis
MORDECHAI I. LIPKIS, ESQ.
350 Broadway, Suite 1105
New York, New York 10013
(212) 925-4023
(212) 925-4702 Fax
mlipkis@mlipkis.com

*Counsel for Plaintiff BanxCorp*

s/R. Scott Thompson
R. Scott Thompson
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
(973) 597-2400 Fax
sthompson@lowenstein.com

*Counsel for Defendant Bankrate Inc.*

Enclosures

cc:    Hon. Esther Salas, U.S.D.J. (*via ECF and FedEx*)
       All Counsel of Record (*via ECF*)