R. Scott Thompson
Michael J. Hahn
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Bankrate, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                    Plaintiff,<br><br>v.<br><br>BANKRATE, INC.,<br><br>                    Defendant. | Document Electronically Filed<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No. 07-3398 (ES)(CLW) |

Pursuant to Fed. R. Civ. P. 7.1, attorneys for Defendant Bankrate, Inc. provide the following Amended Corporate Disclosure Statement:

Ben Holdings S.à r.l. has a beneficial majority ownership interest in Bankrate, Inc., a non-governmental corporate party.

Dated:  October 17, 2011          **LOWENSTEIN SANDLER PC**
                                  *Attorneys for Bankrate, Inc.*

                                  /s/  R. Scott Thompson
                                  R. Scott Thompson

20928/2
10/17/2011

-2-

## CERTIFICATE OF SERVICE

    I certify that on October 17, 2011 I caused a copy of this Amended Corporate Disclosure Statement to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all registered counsel of record.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

                   **LOWENSTEIN SANDLER PC**
                   *Attorneys for Bankrate, Inc.*

                   /s/  R. Scott Thompson
                   R. Scott Thompson