# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 4040**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

October 25, 2011

## LETTER ORDER

Re:   Banxcorp v. Bankrate, Inc, et al.
      **Civil Action No. 07-3398 (ES)(CLW)**

Dear Counsel:

Please be advised that the Undersigned has scheduled a teleconference for **October 31, 2011 at 2:00 p.m.**   A letter must be submitted to the Court [via facsimile (973) 776-7865] outlining which deposition can go forward and which cannot in advance of the Court disposing of the pending discovery disputes. Said letter should be submitted on October 26, 2011. **Should you have any questions, please call (973) 776-7862.**


**SO ORDERED.**

                                                 *s/Cathy L. Waldor*
                                                 **Cathy L. Waldor, U.S.M.J**