**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
     *Bankrate, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>           Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>           Defendant. | Civil Action No. 07-3398<br><br>Hon. Esther Salas, U.S.D.J.<br><br>**DECLARATION OF**<br>**R. SCOTT THOMPSON, ESQ.** |

      I, R. Scott Thompson, Esq., of full age, being duly sworn according to law, do depose and state as follows:

      1.    I am an Attorney-at-Law of the State of New Jersey and a Member of Lowenstein Sander PC, attorneys for Defendant Bankrate, Inc. in the above referenced matter.

      2.    I make this Declaration in support of Defendant Bankrate's Motion to Dismiss Portions of the Fifth Amended Complaint.

      3.    True and correct excerpts of the transcript of the parties' January 28, 2011 in-person hearing before the Honorable Madeline Cox Arleo, U.S.M.J. is attached as Exhibit A.

-2-

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

| | |
|---|---|
| Dated: January 18, 2012 | <u>/s/ R. Scott Thompson</u><br>R. Scott Thompson |

# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
 2

 3   BANXCORP,                      .
                                    .
 4        Plaintiff,                .
                                    . Case No. 07-cv-03398
 5   vs.                            .
                                    . Newark, New Jersey
 6   BANKRATE, INC.,                . January 28, 2011
                                    .
 7        Defendant.                .
                                    .
 8

 9
                          TRANSCRIPT OF HEARING
10              BEFORE THE HONORABLE MADELINE COX ARLEO
                    UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     For the Plaintiff:    NELSON E. CANTER, ESQ.
13                         Canter Law Firm P.C.
                           123 Main Street - 9th Floor
14                         White Plains, NY 10601
                           (914) 948-3011
15                         Email: Ncanter@canterlawfirm.com

16                         Mr. Norbert Mehl

17   For the Defendant:    R. SCOTT THOMPSON, ESQ.
                           Lowenstein Sandler PC
18                         65 Livingston Avenue
                           Roseland, NJ 07068-1791
19                         (973) 597-2500
                           Email: Sthompson@lowenstein.com
20
                           MICHAEL J. HAHN, ESQ.
21                         Lowenstein Sandler PC
                           65 Livingston Avenue
22                         Roseland, NJ 07068
                           (973) 597-2500
23                         Email: Mhahn@lowenstein.com

24

25
```

```
 1                           ERIC JESSE, ESQ.
                             Lowenstein Sandler PC
 2                           65 Livingston Avenue
                             Roseland, NJ 07068
 3                           (973) 597-2576
                             Email: Ejesse@lowenstein.com
 4

 5

 6

 7

 8  Audio Operator:

 9  Transcription Service:    KING TRANSCRIPTION SERVICES
                              65 Willowbrook Boulevard
10                            Wayne, New Jersey 07470
                              (973) 237-6080
11

12
    Proceedings recorded by electronic sound recording; transcript
13  produced by transcription service.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              And, Mr. Thompson, how much do you need to oppose
 2   it.
 3              MR. THOMPSON:  Uh --
 4              THE COURT:  Three weeks?
 5              MR. THOMPSON:  Three -- three weeks.
 6              THE COURT:  So February 10th, one, two, three --
 7   March 3rd?
 8              MR. CANTER:  And could we have --
 9              THE COURT:  March 10th reply.
10              MR. MEHL:  That's fine.
11              MR. CANTER:  Thank you, Your Honor.  That's what I
12   was going to ask for.
13              THE COURT:  We'll talk about it -- argument in a
14   minute.
15              Okay.  Let's go on to the other issues.
16              MR. CANTER:  Okay.  So then, simultaneously with
17   that filing, Your Honor, we were going to withdraw without
18   prejudice the exclusive dealings claim because it will be
19   replead in our -- in our amended pleading.  So hopefully that
20   will -- entire issue will be limited.
21              THE COURT:  And that issue was related to some
22   discovery demands of -- of Bankrate?
23              MR. MEHL:  No.
24              THE COURT:  No?
25              MR. CANTER:  No, Your Honor.
```

```
 1              THE COURT:  Would you be willing to clarify that?
 2              MR. MEHL:  Of course.  Especially for the -- we're
 3   not claiming that it's the price fixing that drove us out of
 4   the market.  It's the predatory pricing that drove us out.
 5              THE COURT:  Isn't that the same thing?  When you
 6   say predatory pricing --
 7              MR. MEHL:  It's not the same thing.
 8              THE COURT:  Tell me how it's different.
 9              MR. MEHL:  Actually --
10              THE COURT:  Tell me how it's different.
11              MR. MEHL:  I'll explain.  What we're claiming is
12   that they used price fixing to lower the price first.  We're
13   not claiming that they drove us out of the market by raising
14   the price.  They drove us out of the market by lowering the
15   price.  Below cost.  For years.  Until they drove us out of
16   the market, and that's actually predatory pricing as well.
17   They continued to raise the prices after they drove everybody
18   out of the market to recoup the prior losses.  They had
19   losses of more than $53 million.  It's in all of their 10-Ks.
20              THE COURT:  Any reason why it's not in this answer?
21              MR. MEHL:  I'm sorry?
22              THE COURT:  Any reason why that's not in this
23   answer?
24              MR. MEHL:  I believe it is.
25              THE COURT:  Where?  Show me where it is.
```

```
 1                       Certification
 2       I, SARA L. KERN, Transcriptionist, do hereby certify
 3  that the 42 pages contained herein constitute a full, true,
 4  and accurate transcript from the official electronic
 5  recording of the proceedings had in the above-entitled
 6  matter; that research was performed on the spelling of proper
 7  names and utilizing the information provided, but that in
 8  many cases the spellings were educated guesses; that the
 9  transcript was prepared by me or under my direction and was
10  done to the best of my skill and ability.
11       I further certify that I am in no way related to any of
12  the parties hereto nor am I in any way interested in the
13  outcome hereof.
14
15
16
17
18   S/ Sara L. Kern                        February 1, 2011
19   Signature of Approved Transcriber           Date
20
21
     Sara L. Kern, CET**D-338
22   King Transcription Services
     65 Willowbrook Boulevard
23   Wayne, NJ 07470
     (973) 237-6080
24
25
```