**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant
       Bankrate, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>              Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>              Defendant. | Civil Action No. 07-3398<br><br>Hon. Esther Salas, U.S.D.J.<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

The above matter having been opened to the Court by Lowenstein Sandler PC, attorneys for Defendant Bankrate, Inc., upon application for an Order granting Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) against Plaintiff BanxCorp, and the Court having considered the papers submitted and the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____, 2012, hereby

**ORDERED** that the Defendant's Motion to Dismiss Portions of the Fifth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED** as set forth herein; and it is further

-2-

**ORDERED** that Plaintiff BanxCorp's First, Second, Third, and Fifth Claims for Relief are hereby dismissed with prejudice, except as they pertain to alleged agreements with LendingTree LLC.

_____
Hon. Esther Salas, U.S.D.J.