**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>  Plaintiff,<br><br>v.<br><br>BANKRATE, INC.,<br><br>  Defendant. | Document Electronically Filed<br><br>**CERTIFICATION OF SERVICE**<br><br>Civil Action No. 07-03398 |

I hereby certify that on January 18, 2012 I caused a copy of (1) Defendant's Notice of Motion to Dismiss Portions of the Fifth Amended Complaint; (2) Defendant's Brief in Support of its Motion to Dismiss Portions of the Fifth Amended Complaint; (3) the Declaration of R. Scott Thompson, Esq.; (4) proposed form of Order; and (5) this Certification of Service to be electronically filed and served on all counsel of record via the Court's CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: January 18, 2012              /s/ R. Scott Thompson
                                     R. Scott Thompson

20928/2
01/18/2012 **19507310**.1