**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 4040<br>NEWARK, NJ 07101<br>973-776-7862 |

June 6, 2012

**LETTER ORDER**

Re:   **Banxcorp v. Bankrate, Inc, et al.
Civil Action No. 07-3398 (ES)(CLW)**

Dear Counsel:

Please be advised that the Undersigned has scheduled a teleconference for **June 14, 2012, at 1:00 p.m.**  The purpose of the conference is to address the pending discovery disputes.  Defendant Bankrate is to initiate the call to chambers at (973) 776-7862.

SO ORDERED.

*s/Cathy L. Waldor*
**Cathy L. Waldor, U.S.M.J**