United States District Court
for the District of New Jersey

_____

**BANXCORP**

       Plaintiff

       vs.

**BANKRATE, INC., et al.**

       Defendant
_____

Civil No. 07-3398

Order of Reassignment

It is on this 1st day of August 2012,

O R D E R E D that the entitled action is reassigned from Judge Esther Salas to Judge Kevin McNulty.

                        S/Jerome B. Simandle
                        Jerome B. Simandle, Chief Judge
                        United States District Court