UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BANXCORP,

                Plaintiff,

v.

BANKRATE, INC.,

                Defendant

Civil Action No. 07-3398 (KM)(CLW)

**CERTIFICATE OF SERVICE**

      I certify that on this date, I caused a copy of (1) Plaintiff BanxCorp's Sixth Amended Complaint, (2) Exhibits A-K, and (3) this Certificate of Service to be electronically served via the Court's CM/ECF system on the following:

      Scott Thompson, Esq.
      Lowenstein Sandler PC
      65 Livingston Avenue
      Roseland, New Jersey 07068
      sthompson@lowenstein.com
      *Counsel for Defendant Bankrate, Inc.*

Dated: August 5, 2012

                */s/ Lawrence C. Hersh*
                Lawrence C. Hersh
                17 Sylvan Street, Suite 102B
                Rutherford, NJ 07070
                Tel. 201-507-6300
                Fax 201-507-6311
                lh@hershlegal.com

                *Counsel for Plaintiff BanxCorp*