**MORDECHAI I. LIPKIS, ESQ.**
350 BROADWAY, SUITE 1105
NEW YORK, NY 10013

TELEPHONE: 212-925-4023
FACSIMILE: 212-925-4702
E-MAIL: mlipkis@mlipkis.com

*Via ECF & FedEx*

August 5, 2012

Hon. Kevin McNulty, U.S.D.J.
United States Court for the District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *BanxCorp v. Bankrate Inc.*, **Civ. No. 07-3398 (KM)(CLW)**

Dear Judge McNulty:

    We write on behalf of Plaintiff BanxCorp and are pleased to enclose a courtesy copy of the Sixth Amended Complaint[1], with Exhibits A-K and Certificate of Service, filed today via ECF pursuant to the Court's Opinion dated July 30, 2012 (Doc. No. 351).

    We are also enclosing a copy the transcript of the second day of deposition of Bankrate's CEO Thomas R. Evans held on June 28, 2012, which has been referenced in the foregoing complaint.

                                                Respectfully submitted,

                                               Mordechai I. Lipkis

Enclosures

cc:    All Counsel (*via ECF*)

---

[1] Except for updating the docket caption and referring to the Sixth Amended Complaint in line 2 of the preamble on page 1, the only changes that have been made to the content can be found at pages 77 through 89 (*see* paragraphs 228-230 and corresponding footnotes). The paragraph numbers have remained the same as in the Fifth Amended Complaint.