

**Lowenstein Sandler**
ATTORNEYS AT LAW

R. Scott Thompson
Member of the Firm
Tel  973 597 2532
Fax  973 597 2533
sthompson@lowenstein.com

August 9, 2012

**VIA ECF**

Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    **BanxCorp v. Bankrate, Inc.**
             **Docket No. 07-3398**

Dear Judge McNulty:

This firm represents Defendant Bankrate, Inc. ("Bankrate") in the referenced action. On August 6, 2012 Plaintiff BanxCorp filed its Sixth Amended Complaint ("6AC"). Because BanxCorp has failed to remedy the pleading deficiencies identified in Judge Salas' July 30, 2012 Opinion, Bankrate intends to move to dismiss a portion of the 6AC.

Bankrate's motion is currently due on August 20, 2012. We respectfully request that the Court extend that deadline to September 7, 2012 as my colleagues here at Lowenstein who work on this case and I have schedule conflicts that will make it impossible to meet the current deadline. Plaintiff BanxCorp objects to this request and reserves its right to move for sanctions if Bankrate files a motion to dismiss. In addition, Bankrate respectfully requests that it be permitted to answer the 6AC after the Court decides its motion to dismiss.

We thank Your Honor for all courtesies.

Respectfully submitted,

*R. Scott Thompson /EF*

R. Scott Thompson

20928/2
08/09/12 21286229.1

    cc:    All Counsel of Record (via ECF)

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP    www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400    New York  Palo Alto  Roseland