

**R. Scott Thompson**
Member of the Firm
Tel  973 597 2532
Fax  973 597 2533
sthompson@lowenstein.com

August 16, 2012

BY ECF AND FAX
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *BanxCorp v. Bankrate, Inc.*, Civ. No. 07-3398 (ES-CLW)
             *BanxCorp v. LendingTree, LLC*, Civ. No. 10-2467 (ES-CLW)

Dear Judge Waldor:

I am writing to request that the Court hold a telephonic status conference in order to discuss the few remaining open discovery issues and to set a schedule for the submission of expert reports. In the proposed order submitted in June, the proposed deadline for submission of opening expert reports was August 20, 2012. Since that order was not entered, and since a few discovery issues remain unresolved, we will hold off on submission of expert reports until the Court sets a definitive schedule for expert discovery.

Respectfully submitted,

R. Scott Thompson

Cc: All Counsel (ECF)