**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 4040<br>NEWARK, NJ 07101<br>973-776-7862 |

August 17, 2012

### LETTER ORDER

Re:  **Banxcorp v. Bankrate, Inc.,**
     **Civil Action No. 07-3398 (KM)(CLW)**

     **Banxcorp v. Lendingtree, LLC,**
     **Civil Action No. 10-2467 (KM) (CLW)**

Dear Counsel:

Please be advised that the Undersigned has scheduled a teleconference for **August 30, 2012 at 12:30 p.m.**  A letter, limited to five pages per side, must be submitted to the Court [via facsimile (973) 776-7865] outlining all pending discovery disputes.  Said letter should be submitted by August 27, 2012.  Should you have any questions, please call (973) 776-7862.


**SO ORDERED.**

                                                                *s/Cathy L. Waldor*
                                                                **Cathy L. Waldor, U.S.M.J.**