UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BANXCORP,

                      Plaintiff,

      v.

BANKRATE, INC.,

                      Defendant

Civil Action No. 07-3398 (KM)(CLW)

**CERTIFICATE OF SERVICE**

     I certify that on this date, I caused a copy of (1) Plaintiff BanxCorp's Memorandum of Law in Opposition to Defendant Bankrate's Motion For Reconsideration Pursuant to Local Civil Rule 7.1(i); (2) Exhibits 1-2; and (3) this Certificate of Service to be electronically served via the Court's CM/ECF system on the following:

        Scott Thompson, Esq.
        Lowenstein Sandler PC
        65 Livingston Avenue
        Roseland, New Jersey 07068
        *Counsel for Defendant Bankrate, Inc.*

Dated: August 21, 2012

                                            */s/ Lawrence C. Hersh*
                                            Lawrence C. Hersh
                                            17 Sylvan Street, Suite 102B
                                            Rutherford, NJ 07070
                                            Tel. 201-507-6300
                                            Fax 201-507-6311
                                            lh@hershlegal.com

                                            *Counsel for Plaintiff BanxCorp*