**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
    *Bankrate, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>        Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>        Defendant. | Civil Action No. 07-3398<br><br>Hon. Kevin McNulty, U.S.D.J.<br><br><br>**DECLARATION OF**<br>**R. SCOTT THOMPSON, ESQ.** |

I, R. Scott Thompson, Esq., of full age, being duly sworn according to law, do depose and state as follows:

1. I am an Attorney-at-Law of the State of New Jersey and a Member of Lowenstein Sander PC, attorneys for Defendant Bankrate, Inc. ("Bankrate") in the above referenced matter.

2. I offer this Declaration in support of Defendant's Motion to Dismiss portions of the Sixth Amended Complaint.

3. A true and correct excerpted copy of the transcript of the parties' January 28, 2011 in-person hearing before the Honorable Madeline Cox Arleo, U.S.M.J. is attached as Exhibit A.

-2-

4.  A true and correct copy (with redactions) of the February 2006 "Memorandum of Understanding" between Bankrate and CNN (bearing bates numbers BR13692 – 13750) is attached as Exhibit B.

5.  A true and correct copy of the June 6, 2008 Content License and Advertising Agreement between Bankrate and Blackshore Properties, Inc. d/b/a/ bankaholic.com (bearing bates numbers BR4375 – 4408) is attached as Exhibit C.

6.  A true and correct copy (with redactions) of the March 17, 2009 Website Co-branding Agreement between Bankrate and Jim Wang Enterprises, LLC, which operated bargaineering.com (bearing bates numbers BR15623 - BR15636) is attached as Exhibit D.

7.  Bankrate has designated the foregoing agreements identified in paragraphs 4-6 as "Confidential" under the Discovery Confidentiality Order in this case and therefore, they are filed under seal. A copy of the agreements will be forwarded to the Court and plaintiff for their review.

8.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: September 7, 2012

/s/ R. Scott Thompson__
R. Scott Thompson