# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>        Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>        Defendant. | Civil Action No. 07-3398<br><br>Hon. Kevin McNulty, U.S.D.J.<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PORTIONS OF THE SIXTH AMENDED COMPLAINT** |

The above matter having been opened to the Court by Lowenstein Sandler, PC, attorneys for Defendant Bankrate, Inc., upon application for an Order granting Defendant's Motion to Dismiss Portions of the Sixth Amended Complaint, and the Court having considered the papers submitted and the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____, 2012,

**ORDERED** that the Defendant's Motion to Dismiss Portions of the Sixth Amended Complaint is hereby **GRANTED**;

**ORDERED** that Plaintiff BanxCorp's First Claim for Relief in the Sixth Amended Complaint (except with respect to LendingTree) is **DISMISSED** with Prejudice; and it is further

**ORDERED** that Plaintiff BanxCorp's conspiracy claim in Fifth Claim for Relief of the Sixth Amended Complaint (6AC ¶ 323(A), (B)) (except with respect to LendingTree) is **DISMISSED** with Prejudice.

                                                                                                 _____
                                                                                             Hon. Kevin McNulty, U.S.D.J.