**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>       Plaintiff,<br><br>v.<br><br>BANKRATE, INC.,<br><br>       Defendant. | Document Electronically Filed<br><br>**CERTIFICATION OF SERVICE**<br><br>Civil Action No. 07-3398 |

I hereby certify that on September 7, 2012 I caused a copy of (1) Defendant's Notice of Motion to Dismiss Portions of the Sixth Amended Complaint (the "Motion"); (2) Defendant's Brief in Support of its Motion; (3) proposed form of Order; and (4) this Certification of Service to be electronically filed and served on all counsel of record via the Court's CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: September 7, 2012         /s/ R. Scott Thompson
                                 R. Scott Thompson