<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **BANXCORP,** | : | |
| Plaintiff, | : | Civil Action No. 07-3398 (ES) (CLW) |
| v. | : | **ORDER** |
| **BANKRATE INC.,** | : | |
| Defendant. | : | |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

IT IS on this 11th Day of September 2012

ORDERED that Bankrate Inc.'s Motion for Reconsideration, (D.E. 355), is GRANTED; and it is further

ORDERED that in light of this decision, and based on the Court's review of the Sixth Amended Complaint, (D.E. 354), filed on August 6, 2012, the parties are to contact Judge Waldor's chambers regarding the scheduling of a status conference to discuss the filing of an Amended Complaint; and it is further

ORDERED that the Clerk of Court shall terminate Docket Entry No. 355.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**