UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BANXCORP,**<br><br>      **Plaintiff,**<br><br>   v.<br><br>**BANKRATE INC.,**<br><br>      **Defendant.** | Civ. No. 2:07-03398 (KM)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Defendant's Motion to Dismiss Portions of the Sixth Amended Complaint (D.E. 368), and in light of Judge Salas' Opinion and Order granting Defendant's Motion for Reconsideration (D.E. 371, 372);

**IT IS** on this 12th day of September 2012,

**ORDERED** that Defendant's Motion to Dismiss Portions of the Sixth Amended Complaint is hereby **DENIED** without prejudice as moot.

                                                  _____
                                                  **Kevin McNulty, U.S.D.J.**