UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, Plaintiff, vs. LENDINGTREE, LLC Defendant. | Civil Action No. 10-cv-02467-KM<br><br>Stipulation of Dismissal with Prejudice |

It is hereby stipulated and agreed between Plaintiff BanxCorp and Defendant LendingTree, LLC, that the above-captioned action is hereby dismissed, with prejudice, each party to bear its own costs.

Dated: New York, New York
September 19, 2012

By:  s/Lawrence C. Hersh
Lawrence C. Hersh
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
Tel. 201-507-6300
Fax 201-507-6311
lh@hershlegal.com
*Attorney for Plaintiff BanxCorp*

By:  s/Sean J. Kirby
Sean J. Kirby
Daniel L. Brown (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
30 Rockefeller Plaza 10112
New York, NY
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
skirby@sheppardmullin.com
dbrown@sheppardmullin.com
*Attorneys for Defendant LendingTree, LLC*

SO ORDERED:

_____
U.S.D.J.
Hon. Kevin McNulty