

R. Scott Thompson
Member of the Firm
Tel 973 597 2532
Fax 973 597 2533
sthompson@lowenstein.com

September 27, 2012

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *BanxCorp v. Bankrate, Inc.*, Civ. No. 07-3398 (KM-CLW)

Dear Judge Waldor:

I write to advise the Court regarding the parties' discussions regarding the Seventh Amended Complaint ("7AC") and scheduling issues. The parties are continuing to discuss the scope of the 7AC and may be able to reach an agreement that will eliminate the need for the Court's involvement. We will report to the Court on Wednesday, October 3, 2012 in the event that the 7AC is not filed by then.

Respectfully submitted,

*R. Scott Thompson /EJ*

R. Scott Thompson

Cc:    All Counsel (ECF)