UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                             Plaintiff,<br><br>          v.<br><br>BANKRATE, INC.,<br><br>                             Defendant | Civil Action No. 07-3398 (KM)(CLW)<br><br>**CERTIFICATE OF SERVICE** |

      I certify that on this date, I caused a copy of (1) Plaintiff BanxCorp's Seventh Amended Complaint, (2) Exhibits A-K, and (3) this Certificate of Service to be electronically served via the Court's CM/ECF system on the following:

        Scott Thompson, Esq.
        Lowenstein Sandler PC
        65 Livingston Avenue
        Roseland, New Jersey 07068
        sthompson@lowenstein.com
        *Counsel for Defendant Bankrate, Inc.*

Dated: October 2, 2012

                                                    *s/Lawrence C. Hersh*
                                                    Lawrence C. Hersh
                                                    17 Sylvan Street, Suite 102B
                                                    Rutherford, NJ 07070
                                                    Tel. 201-507-6300
                                                    Fax 201-507-6311
                                                    lh@hershlegal.com

                                                    *Counsel for Plaintiff BanxCorp*