**MORDECHAI I. LIPKIS, ESQ.**
350 BROADWAY, SUITE 1105
NEW YORK, NY 10013

TELEPHONE: 212-925-4023
FACSIMILE: 212-925-4702
E-MAIL: mlipkis@mlipkis.com

*Via ECF & FedEx*

October 2, 2012

Hon. Kevin McNulty, U.S.D.J.
United States Court for the District of New Jersey
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** ***BanxCorp v. Bankrate Inc.*, Civ. No. 07-3398 (KM)(CLW)**

Dear Judge McNulty:

    We are pleased to enclose a courtesy copy of the Seventh Amended Complaint, with Exhibits A-K and Certificate of Service, filed today via ECF pursuant to the Court's Opinion and Order dated September 11, 2012 (Doc. Nos. 371-372).

    Defense counsel has agreed not to move to dismiss or to strike, but has agreed to file an answer within 14 days.

Respectfully submitted,

Mordechai I. Lipkis

Enclosures

cc:    Hon. Cathy L. Waldor (*via fax* w/o encls.)
       All Counsel (*via ECF*)