# Lowenstein Sandler LLP

R. Scott Thompson
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 2532
F  973 597 2533
sthompson@lowenstein.com

January 15, 2013

**VIA ECF AND FEDEX**
Hon. Michael A. Hammer
United States Magistrate Judge
District of New Jersey
King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  BanxCorp v. Bankrate, Inc., Civ. No. 07 - 3398 (KM/MAH)

Dear Judge Hammer:

This firm represents the defendant in the referenced case, which was transferred to Your Honor from Magistrate Judge Waldor on December 4, 2012. Pursuant to the last scheduling order entered in the case, discovery closed for all purposes on December 21, 2012. I am writing to seek direction concerning the schedule for briefing of summary judgment motions and conclusion of the case. I believe that a short conference call is all that will be necessary in order to address the issue, and I respectfully request that the Court schedule such a call at the Court's convenience. It may be that this inquiry should be directed to Judge McNulty; if that is the case, please accept my apologies for the misunderstanding.

Respectfully submitted,

R. Scott Thompson

20928/2
01/15/13 23047117.1

cc:  Kristen Renzulli, Esq. (Email)
     Mordechai Lipkis, Esq. (Email)
     Michael Hahn, Esq.