# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, <br><br> Plaintiff, <br><br> vs. <br><br> BANKRATE, INC. <br><br> Defendant. | Document Electronically Filed <br><br> Civil Action No. 07-3398 (KM/MAH) <br><br> **CONSENT ORDER** |

**THIS MATTER** having come before the Court by way of joint application by the parties for a Consent Order setting a schedule for briefing summary judgment motions, and good cause appearing for the entry of the requested order

It is on this 22nd day of January, 2013,

**ORDERED** that the parties shall serve and file papers in support of motions for summary judgment (if any) on or before February 28, 2013. Papers in opposition to such motions shall be served and filed on or before March 28, 2013. Reply papers shall be served and filed on or before April 18, 2013. Given the extended period allowed for opposition papers, no party may seek an extension pursuant to L. Civ. R. 7.1(d)(5) without leave of the Court. The motions will be returnable on May 6, 2013. The Court will inform the parties in advance if oral argument is required.

Hon. Michael A. Hammer, U.S.M.J.