

# Lowenstein Sandler LLP

R. Scott Thompson
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 2532
F  973 597 2533
sthompson@lowenstein.com

February 21, 2013

**VIA ECF AND FEDEX**
Hon. Michael A. Hammer
United States Magistrate Judge
District of New Jersey
King Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **BanxCorp v. Bankrate, Inc., Civ. No. 07 - 3398 (KM/MAH)**

Dear Judge Hammer:

By order dated January 22, 2013, Your Honor set a schedule for briefing summary judgment motions in this case. On behalf of the defendant Bankrate, Inc. I am requesting a one-week extension to each of the dates in the existing briefing schedule because of scheduling issues caused, in part, by a trial that lasted longer than anticipated. I enclose a proposed order establishing a revised schedule for briefing of summary judgment motions in this case, and respectfully request that it be entered by Your Honor. I have consulted with counsel for the plaintiff BanxCorp and am informed that the plaintiff does not object to the proposed revised schedule

Respectfully submitted,

*/s/ R. Scott Thompson*

R. Scott Thompson

20928/2
02/21/13 23593549.1

cc:   Kristen Renzulli, Esq. (Email) (w/enc.)
      Mordechai Lipkis, Esq. (Email) (w/enc.)
      Michael Hahn, Esq. (w/enc.)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>                              Plaintiff,<br>vs.<br><br>BANKRATE, INC.<br><br>                             Defendant. | Document Electronically Filed<br><br>Civil Action No. 07-3398 (KM/MAH)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

**THIS MATTER** having come before the Court by way of application by the Defendant, Bankrate, Inc. for an Order setting a schedule for briefing summary judgment motions, and no opposition to the application having been made, and good cause appearing for the entry of the requested order

It is on this _____ day of February, 2013,

**ORDERED** that the parties shall serve and file papers in support of motions for summary judgment (if any) on or before March 7, 2013. Papers in opposition to such motions shall be served and filed on or before April 4, 2013. Reply papers shall be served and filed on or before April 25, 2013.

 

_____
Hon. Michael A. Hammer, U.S.M.J.