**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Tel: (201) 507-6300  Fax: (201) 507-6311
E-Mail: lh@hershlegal.com

March 31, 2013

*Via ECF and U.S. Mail*

Hon. Kevin McNulty, U.S.D.J.
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *BanxCorp v. Bankrate, Inc.*, Civ. No. 07-3398 (KM -MAH)

Dear Judge McNulty and Judge Hammer:

We write on behalf of Plaintiff BanxCorp. The parties filed motions for summary judgment on March 7, 2013. In light of the Passover and Easter holidays, and the complexity of the case, we respectfully request (a) a one-week extension for submission of papers in opposition (now due on April 4) and reply (now due on April 25), as was set forth in the modified briefing schedule ordered by Judge Hammer [Doc. No. 386]; and (b) leave to file opposition briefs of up to 50 pages to match the length of opening briefs ordered by Judge McNulty [Doc. No. 388]. We conferred with defense counsel, who does not object to this request.

Accordingly, subject to the Court's permission, papers in opposition to summary judgment motions with briefs of up to 50 pages (at size 14 font) shall be served and filed on or before April 11, 2013; and reply papers shall be served and filed on or before May 2, 2013.

Respectfully submitted,

s/Lawrence C. Hersh
Lawrence C. Hersh

cc:  All Counsel (*via ECF*)

So Ordered:

_/s/ Kevin McNulty_

Date: April _1_, 2013