**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorney for Defendant Bankrate, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP, | Civil Action No. 07-3398 |
| Plaintiff, | Hon. Kevin McNulty, U.S.D.J. |
| vs. | **CERTIFICATION OF SERVICE** |
| BANKRATE, INC., | |
| Defendant. | |

I hereby certify that on April 11, 2013, I cause a true and correct copy of (1) Defendant Bankrate's ("Bankrate") Brief in Opposition to BanxCorp's Motion for Summary Judgment; (2) Bankrate's Responses to BanxCorp's Statement of Undisputed Material Facts; (3) the Certification of R. Scott Thompson, Esq., dated April 11, 2013, with exhibits; and (4) this Certification of Service to be electronically filed and served on all counsel of record via the Court's CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: April 11, 2013              /s/ R. Scott Thompson
                                   R. Scott Thompson