**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant*
  *Bankrate, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>       Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>       Defendant. | Civil Action No. 07-3398<br>Hon. Kevin McNulty, U.S.D.J.<br><br>**NOTICE OF MOTION TO STRIKE THE REPORT AND OPINIONS OF STAN V. SMITH, PH.D, BANXCORP'S DAMAGES EXPERT**<br><br>Oral Argument Requested |

**PLEASE TAKE NOTICE** on May 6, 2013 or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Bankrate, Inc. ("Bankrate") shall move before the Honorable Kevin McNulty, U.S.D.J., for entry of an Order granting Bankrate's Motion to Strike the Report and Opinions of Stan V. Smith, Ph.D., BanxCorp's damages expert, pursuant to Fed. R. Evid. 702.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion to Strike, Bankrate shall rely upon the enclosed Brief in Support of its Motion to Strike the Opinion of Stan v. Smith, Ph.D, BanxCorp's Damages Expert, the documents referenced therein, and any reply brief to be submitted.

20928/2
04/11/2013 **24346944**.1

-2-

**PLEASE TAKE FURTHER NOTICE** that Bankrate requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: April 11, 2013              /s/ R. Scott Thompson____
                                                        R. Scott Thompson
                                                        **LOWENSTEIN SANDLER LLP**
                                                        Attorneys at Law
                                                        65 Livingston Avenue
                                                        Roseland, New Jersey 07068
                                                        973.597.2500
                                                        *Attorneys for Defendant*
                                                             *Bankrate, Inc.*