**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendant Bankrate, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>             Plaintiff,<br><br>vs.<br><br>BANKRATE, INC.,<br><br>             Defendant. | Civil Action No. 07-3398<br>Hon. Kevin McNulty, U.S.D.J.<br><br>**ORDER GRANTING BANKRATE'S MOTION TO STRIKE THE OPINION OF STAN V. SMITH PH.D, BANXCORP'S DAMAGES EXPERT** |

**THIS MATTER** having been presented to the Court by Lowenstein Sandler LLP, attorneys for Defendant Bankrate, Inc. ("Bankrate"), upon application for an Order granting Bankrate's Motion to Strike the Report and Opinions of Stan V. Smith, Ph.D., BanxCorp's Damages Expert, pursuant to Fed. R. Evid. 702; and the Court having considered the papers submitted in support thereof, and in opposition thereto, and the arguments of counsel; and for good cause shown,

It is on this _____day of _____, 2013,

**ORDERED** that Bankrate's Motion to Strike the Report and Opinions of Stan V. Smith, Ph.D is hereby **GRANTED**.

_____
Hon. Kevin McNulty, U.S.D.J.

20928/2
04/11/2013 24347108.1