**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorney for Defendant*
    *Bankrate, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>        Plaintiff,<br><br>vs.<br><br><br>BANKRATE, INC.,<br><br>        Defendant. | Civil Action No. 07-3398<br>Hon. Kevin McNulty, U.S.D.J.<br><br>**CERTIFICATION OF SERVICE** |

      I hereby certify that on April 11, 2013, I cause a true and correct copy of (1) Defendant's Notice of Motion to Strike the Report and Opinions of Stan V. Smith, Ph.D, BanxCorp's damages expert (the "Motion"); (2) Defendant's Brief in Support of its Motion; (3) a proposed form of order; and (4) this Certification of Service to be electronically filed and served on all counsel of record via the Court's CM/ECF system.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: April 11, 2013                  /s/ R. Scott Thompson
                                                    R. Scott Thompson