UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BANXCORP,

                Plaintiff,

   v.

BANKRATE, INC.,

                Defendant.

Civil Action No. 07-3398 (KM) (MAH)

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, true and correct copies of the following documents were electronically served *via ECF* on all counsel of record:

(1)     Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment;
(2)     Plaintiff's Response to Defendant's Statement of Undisputed Material Facts;
(3)     Declaration of Mordechai I. Lipkis, Esq.;
(4)     Appendix Exhibits H1-H12, and H13-H14 (Confidential); and
(5)     Certificate of Service.

I further certify that I caused a courtesy copy of the foregoing to be served *via e-mail* to the following:

    R. Scott Thompson, Esq.
    Lowenstein Sandler PC
    65 Livingston Avenue
    Roseland, New Jersey 07068
    sthompson@lowenstein.com
    *Counsel for Defendant Bankrate, Inc.*

Dated:    April 11, 2013

    */s/Lawrence C. Hersh*
    Lawrence C. Hersh, Esq.
    17 Sylvan Street, Suite 102B
    Rutherford, NJ 07070
    Tel. 201-507-6300
    Fax 201-507-6311
    lh@hershlegal.com

    *Counsel for Plaintiff BanxCorp*