United States District Court
for the District of New Jersey

_____

**BANXCORP**

    Plaintiff  :  Civil No. 07-3398

    vs.

: Order of Reassignment

**BANKRATE, INC.**

    Defendant
_____

It is on this 9th day of August, 2013,

O R D E R E D that the entitled action is reassigned from Judge Kevin McNulty to Judge Faith Hochberg.

    S/Jerome B. Simandle
    Jerome B. Simandle, Chief Judge
    United States District Court