UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANXCORP,<br><br>      Plaintiff,<br>v.<br>BANKRATE, INC.,<br><br>      Defendant. | Civil Action No. 07-3398 (CCC)<br><br>**[RE-FILED]**<br>**PLAINTIFF'S NOTICE**<br>**OF MOTION FOR**<br>**SUMMARY JUDGMENT** |

  **PLEASE TAKE NOTICE** that pursuant to the Court's Order dated October 25, 2013 administratively terminating Plaintiff's [389] Motion for Summary Judgment [ECF No. 449], the Court's Order dated October 25, 2013 referring the case to mediation [ECF No. 450], the failure of the Court's mandatory mediation on December 13, 2013 [ECF No. 453], and the Court's Order dated September 26, 2014 (the issues surrounding Defendant's fraudulent expert reports of Mark Glueck shall be decided in conjunction with summary judgment) [ECF No. 465], Plaintiff BanxCorp shall move before the Court for an Order granting Plaintiff's re-filed motion for summary judgment against Defendant Bankrate, Inc., originally filed on March 7, 2013 [ECF No. 389].

  **PLEASE TAKE FURTHER NOTICE** that in support of this re-filed motion, Plaintiff shall rely upon the following related documents on the record:

| 03/07/2013 | 389 | MOTION for Summary Judgment *Notice of Motion* by BANXCORP. Responses due by 4/4/2013 (HERSH, LAWRENCE) (Entered: 03/07/2013) |
|---|---|---|
| 03/07/2013 | 390 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx A1 − Table of Contents* (Attachments: # 1 Declaration Appx A2 − Lipkis Decl, # 2 Declaration Appx A3 − Mehl Decl, # 3 Declaration Appx A4−A5 − Smith Decl and Expert Report)(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 391 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex B1−B12* (HERSH, LAWRENCE) (Entered: 03/07/2013) |

| | | |
|---|---|---|
| 03/07/2013 | 392 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex C1−C16* (Attachments: # 1 Exhibit Appx Ex C17−C34)(HERSH, LAWRENCE) (Entered: |
| 03/07/2013 | 393 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex D1−D12* (HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 394 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex E1−E2* (Attachments: # 1 Exhibit Appx Ex E4−E30)(HERSH, LAWRENCE) (Entered: |
| 03/07/2013 | 395 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex E3 (Part I)* (Attachments: # 1 Exhibit Appx Ex E3 (Part II))(HERSH, LAWRENCE) (Entered: |
| 03/07/2013 | 396 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex E31−E41* (Attachments: # 1 Exhibit Appx Ex E42−E52)(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 397 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F131 (Sealed)* (Attachments: # 1 Exhibit Appx Ex G1−G5, # 2 Exhibit Appx Ex G6−G13, # 3 Exhibit Appx Ex G14−G18, # 4 Exhibit Appx Ex G19−G20, # 5 Exhibit Appx Ex G21−G31)(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 398 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F1 (Part 1) (Sealed)* (Attachments: # 1 Exhibit Appx Ex F1 (Part II), # 2 Exhibit Appx Ex F2 (Part I), # 3 Exhibit Appx Ex F2 (Part II))(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 399 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F3−F4 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F5−F6)(HERSH, LAWRENCE) |
| 03/07/2013 | 400 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F7 (Part I) (Sealed)* (Attachments: # 1 Exhibit Appx Ex F7 (Part II), # 2 Exhibit Appx Ex F7 (Part III), # 3 Exhibit Appx Ex F7 (Part IV))(HERSH, LAWRENCE) (Entered: |
| 03/07/2013 | 401 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F8 (Part I) (Sealed)* (Attachments: # 1 Exhibit Appx Ex F8 (Part II), # 2 Exhibit Appx Ex F9−F11, # 3 Exhibit Appx Ex F12−F13, # 4 Exhibit Appx Ex F14 (PartI), # 5 Exhibit Appx Ex F14 (Part |
| 03/07/2013 | 402 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F15 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F16−F17, # 2 Exhibit Appx Ex F18−F26, # 3 Exhibit Appx Ex F27−F34)(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 03/07/2013 | 403 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F35−F40 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F41−F45, # 2 Exhibit Appx Ex F46−F48, # 3 Exhibit Appx Ex F49−F54, |
| 03/07/2013 | 404 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F62−F67 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F68−F77, # 2 Exhibit Appx Ex F78−F79, # 3 Exhibit Appx Ex F80−F81)(HERSH, LAWRENCE) (Entered: 03/07/2013) |

| | | |
|---|---|---|
| 03/07/2013 | 407 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F80−F81 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F82−F86, # 2 Exhibit Appx Ex F87−F91)(HERSH, LAWRENCE) |
| 03/07/2013 | 408 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F92−F100 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F101−F108, # 2 Exhibit Appx Ex F109−F114)(HERSH, LAWRENCE) |
| 03/07/2013 | 409 | APPENDIX in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion Appx Ex F115−F122 (Sealed)* (Attachments: # 1 Exhibit Appx Ex F123−F130)(HERSH, |
| 03/07/2013 | 410 | BRIEF in Support filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion* (Attachments: # 1 Statement Statement of Undisputed Material Facts, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Letter from Counsel for BanxCorp to Hon. Kevin McNulty, U.S.D.J.)(HERSH, LAWRENCE) (Entered: 03/07/2013) |
| 04/11/2013 | 417 | BRIEF in Opposition filed by BANXCORP re 405 MOTION for Summary Judgment (Attachments: # 1 Statement Plaintiff's Responses to Defendant's Rule 56.1 Statement of Undisputed Material Facts, # 2 Brief Plaintiff's Rule 56(c)(2) Objections to Admissibility w/Appx Ex. H12, # 3 Declaration of Mordechai I. Lipkis, Esq., # 4 Appendix Exhibits 1−11, # 5 Certificate of Service)(HERSH, LAWRENCE) (Entered: 04/11/2013) |
| 04/11/2013 | 418 | APPENDIX in Opposition filed by BANXCORP re 405 MOTION for Summary Judgment *Exhibits H13−H14 (confidential)* (HERSH, LAWRENCE) (Entered: 04/11/2013) |
| 05/02/2013 | 421 | REPLY BRIEF to Opposition to Motion filed by BANXCORP re 389 MOTION for Summary Judgment *Notice of Motion* (Attachments: # 1 Certificate of Service)(HERSH, LAWRENCE) (Entered: 05/02/2013) |
| 05/06/2013 | 422 | BRIEF in Opposition filed by BANXCORP re 415 MOTION to Strike *the Report and Opinions of Stan V. Smith, Ph.D* (HERSH, LAWRENCE) (Entered: 05/06/2013) |
| 05/06/2013 | 423 | BRIEF in Opposition filed by BANXCORP re 416 MOTION to Strike *the Declaration of Norbert Mehl* (Attachments: # 1 Certificate of Service)(HERSH, LAWRENCE) (Entered: 05/06/2013) |
| 06/10/2013 | 433 | Letter from counsel for the parties to the Hon. Michael A. Hammer, U.S.M.J. as to Joint Status Report re 432 Order. (HERSH, LAWRENCE) (Entered: |
| 07/26/2013 | 437 | Letter from counsel for the parties to the Hon. Michael A. Hammer, U.S.M.J. as to updated Joint Status Report re 436 Order,. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex, 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex,.7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex, 9, # 10 Exhibit Ex. |
| 07/29/2013 | 438 | ORDER denying pltf's request for an adverse inference and imposition of sanctions against deft's, w/out prejudice; etc.. Signed by Magistrate Judge Michael A. Hammer on 7/29/2013. (nr, ) (Entered: 07/30/2013) |

3

| 08/12/2013 | 440 | MOTION … *for sanctions due to Defendant Bankrate's fraud on the Court* by BANXCORP. (Attachments: # 1 Brief in Support of Motion, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B1, # 5 Exhibit B2, # 6 Exhibit B3, # 7 Exhibit B4, # 8 Exhibit B5, # 9 Exhibit B6, # 10 Exhibit B7, # 11 Exhibit B8, # 12 Exhibit B9, # 13 Exhibit 10, # 14 Text of Proposed Order, # 15 Certificate of Service)(HERSH, LAWRENCE) (Entered: 08/12/2013) |

Dated:   September 30, 2014

                                                     By:   *s/Lawrence C. Hersh*
                                                            Lawrence C. Hersh, Esq.
                                                            17 Sylvan Street, Suite 102B
                                                            Rutherford, NJ 07070
                                                            Tel. 201-507-6300
                                                            Fax 201-507-6311
                                                            lh@hershlegal.com
                                                            *Attorney for Plaintiff*